IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CYPRUS AMAX MINERALS COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 11-CV-252-GKF-PJC |
| ) | |
| **CBS OPERATIONS, INC.,** and ) | |
| **TCI PACIFIC COMMUNICATIONS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

**OPINION AND ORDER**

Before the Court is the Motion for Entry of Protective Order filed by Defendants. [Dkt. No. 100]. On February 20, 2013, the parties filed a Joint Notice advising the Court that after conducting a meet and confer, no part of the Defendants' Motion remains unresolved. [Dkt No. 116]. Accordingly, Defendants' Motion for Entry of Protective Order is hereby DENIED as moot.

IT IS SO ORDERED, this 21st day of February, 2013.

_____
Paul J. Cleary
United States Magistrate Judge