**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **Cyprus Amax Minerals Company,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 11-CV-252-CVE-FHM** |
| | ) | |
| **TCI Pacific Communications, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>DEFENDANT'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TCI Pacific Communications, Inc. hereby provides the Court with the following Supplemental Corporate Disclosure Statement:

1. On May 25, 2011, TCI Pacific Communications, Inc. filed its Corporate Disclosure Statement. *See* Doc. No. 24.

2. Effective October 10, 2017, TCI Pacific Communications, Inc. converted from a Delaware Corporation to a Delaware Limited Liability Company, changing its name from "TCI Pacific Communications, Inc." to "TCI Pacific Communications, LLC." *See* Exhibit 1 hereto, attaching the relevant Certificate of Formation and Certificate of Conversion.

3. Defendant's Supplemental Corporate Disclosure Statement is provided as Exhibit 2 to this filing and it reflects the current information for TCI Pacific Communications, LLC.

Respectfully submitted,

BY: /s/ *Mark D. Coldiron*
Mark D. Coldiron, OBA #1774
Paula M. Jantzen, OBA #20464
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER, PLLC
119 North Robinson, Suite 900
Oklahoma City, Oklahoma 73102
(405) 239-6040 Telephone
(405) 239-6766 Facsimile
mcoldiron@ryanwhaley.com
pjantzen@ryanwhaley.com

Paul D. Steinman, PA. Bar #49730
ECKERT SEAMANS CHERIN & MELLOTT LLC
U. S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-6000 Telephone
(412) 566-6099 Facsimile
psteinman@eckertseamans.com

***Counsel for Defendant***
***TCI Pacific Communications, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of November, 2017, I electronically transmitted the foregoing document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Reid E. Robison, OBA No. 7692
Timothy J. Bomhoff, OBA No. 13172
*McAfee & Taft A Professional Corporation*
211 N. Robinson, Suite 1000
Two Leadership Square, 10th Floor
Oklahoma City, OK 73102

OF COUNSEL (Admitted *pro hac vice*):
John F. Stoviak, Esquire
Cathleen M. Devlin, Esquire
*Saul Ewing Arnstein & Lehr LLP*
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone: 215-972-1095
Facsimile: 215-972-1921

***Counsel for Plaintiff Cyprus Amax Minerals Company***

*/s/ Mark D. Coldiron*
Mark D. Coldiron