# EXHIBIT 1

# Delaware

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "TCI PACIFIC COMMUNICATIONS, LLC" FILED IN THIS OFFICE ON THE SIXTH DAY OF OCTOBER, A.D. 2017, AT 7:03 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF FORMATION IS THE TENTH DAY OF OCTOBER, A.D. 2017.

Jeffrey W. Bullock, Secretary of State

SECRETARY'S OFFICE DELAWARE

2127927 8100V
SR# 20176512168

Authentication: 203363752
Date: 10-09-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

**CERTIFICATE OF FORMATION**

**OF**

**TCI PACIFIC COMMUNICATIONS, LLC**

This Certificate of Formation of TCI Pacific Communications, LLC, dated October 5, 2017, is being duly executed and filed by Susan L. Glammer, as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act (6 Del. C. § 18-201, et seq.).

FIRST: The name of the limited liability company formed hereby is TCI Pacific Communications, LLC.

SECOND: The name and address of the registered agent for service of process in the State of Delaware is Comcast Capital Corporation, 1201 N. Market Street, Suite 1000, Wilmington, New Castle County, Delaware 19801.

THIRD: This Certificate of Formation shall be effective on October 10, 2017.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation as of the date first written above.

Susan L. Glammer, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:03 PM 10/06/2017
FILED 07:03 PM 10/06/2017
SR 20176512168 - File Number 2127927

# Delaware

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE CORPORATION UNDER THE NAME OF "TCI PACIFIC COMMUNICATIONS, INC." TO A DELAWARE LIMITED LIABILITY COMPANY, CHANGING ITS NAME FROM "TCI PACIFIC COMMUNICATIONS, INC." TO "TCI PACIFIC COMMUNICATIONS, LLC", FILED IN THIS OFFICE ON THE SIXTH DAY OF OCTOBER, A.D. 2017, AT 7:03 O`CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE TENTH DAY OF OCTOBER, A.D. 2017.

Jeffrey W. Bullock, Secretary of State

2127927 8100V
SR# 20176512168

Authentication: 203363752
Date: 10-09-17

You may verify this certificate online at corp.delaware.gov/authver.shtml

**STATE OF DELAWARE**
**CERTIFICATE OF CONVERSION**
**FROM A CORPORATION TO A**
**LIMITED LIABILITY COMPANY PURSUANT TO**
**SECTION 18-214 OF THE DELAWARE LIMITED LIABILITY COMPANY ACT**

1. The jurisdiction where the Corporation was first formed is Delaware.

2. The jurisdiction immediately prior to filing this Certificate is Delaware.

3. The date on which the Corporation was first formed is June 2, 1987.

4. The name of the Corporation immediately prior to filing this Certificate is TCI Pacific Communications, Inc.

5. The name of the Limited Liability Company as set forth in the Certificate of Formation is TCI Pacific Communications, LLC.

6. This Certificate of Conversion shall be effective on October 10, 2017.

IN WITNESS WHEREOF, the undersigned has executed this Certificate on October 5, 2017.

Derek H. Squire, Authorized Person

State of Delaware
Secretary of State
Division of Corporations
Delivered 07:03 PM 10/06/2017
FILED 07:03 PM 10/06/2017
SR 20176512168 - File Number 2127927