# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

**CYPRUS AMAX MINERALS COMPANY,**
**Plaintiff,**

**vs.** **Case Number: 11-CV-252-CVE-FHM**

**TCI PACIFIC COMMUNICATIONS, LLC.**
**Defendant.**

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

TCI Pacific Communications, LLC

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

2. **Does party have any parent corporations?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   TCI Pacific Communications, LLC is wholly-owned by Comcast Cable Communications, LLC which is wholly-owned by Comcast Holdings Corporation which is wholly owned by Comcast Corporation.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☐ YES ☑ NO

If YES, identify all such owners:

100% of the stock in TCI Pacific Communications LLC is owned by Comcast Cable Communications, LLC. Comcast Corporation is the only publicly traded entity.

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

(Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

DATED this 6th day of November, 2017.