# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Cyprus Amax Minerals Company
Plaintiff(s)

vs. Case Number: 11-CV-252-CVE-FHM

TCI Pacific Communications, Inc.
Defendant(s)

## NOTICE OF PARTY NAME CORRECTION

Notice is hereby given of the following party name correction:

Incorrect Party Name: TCI Pacific Communications, Inc.

Correct Party Name: TCI Pacific Communications, LLC

/s/ Mark D. Coldiron
Signature

Mark D. Coldiron
Printed Name

1774
Bar Number

Ryan Whaley Coldiron Jantzen Peters & Webber PLLC
Firm Name

119 N. Robinson, Suite 900
Address

Oklahoma City
City

OK
State

73102
Zip

(405) 239-6040
Phone

(405) 239-6766
Fax

mcoldiron@ryanwhaley.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2017 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient): Reid E. Robison
Timothy J. Bomhoff
John F. Stoviak
Cathleen M. Devlin

I hereby certify that on (Date), I served the same document by

- ☐ U.S. Postal Service
- ☐ In Person Delivery
- ☐ Courier Service
- ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/s/ Mark D. Coldiron
Signature