UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYPRUS AMAX MINERALS COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 11-CV-0252-CVE-CDL ) |
| TCI PACIFIC COMMUNICATIONS, LLC, | ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court held a non-jury trial from February 26 to March 2, 2018, and the parties have submitted proposed findings of fact and conclusions of law. The Court has considered the trial testimony, the exhibits submitted by the parties, and the proposed findings of fact and conclusions of law, and has entered findings of fact and conclusions of law (Dkt. # 332). Counts I, II, and VIII were previously dismissed, and this is a final judgment terminating this case.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of plaintiff Cyprus Amax Minerals Company and against defendant TCI Pacific Communications, LLC as to Counts III and V of the amended complaint for contribution in the amount of $14,265,070.20, plus post-judgment interest thereon from this date at the rate of .07 % per annum, plus the costs of this action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that declaratory judgment is entered in favor of plaintiff Cyprus Amax Minerals Company and against defendant TCI Pacific Communications, LLC as to Count VII of the amended complaint, and the Court hereby declares that defendant TCI Pacific Communications, LLC is liable for 45 % of future response costs, if any, incurred by plaintiff Cyprus Amax Minerals Company to complete the Collinsville Soil Program.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of TCI Pacific Communications, LLC and against plaintiff Cyprus Amax Minerals Company as to Counts IV and VI of the amended complaint.

**DATED** this 31st day of March, 2021.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE